1  HEATHER E. WILLIAMS, Bar#122664
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research & Writing Attorney
3  Office of the Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone (916) 498-5700
5
   Attorney for Defendant
6  DAVID MICHAEL WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-13-184-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| DAVID MICHAEL WHITE, | ) | DATE: August 29, 2013 |
| | ) | TIME: 9:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Troy L. Nunley |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Staff Attorney, attorney for Defendant, DAVID MICHAEL WHITE, that the status conference set for Thursday, August 1, 2013 be continued to Thursday, August 29, 2013 at 9:30 a.m.

The reason for the continuance is that additional time is needed for defense preparation and investigation.  Defense counsel has received discovery from the government and requires additional time to review it, research legal issues, and discuss them with Mr. White and the government.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 29, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 25, 2013         HEATHER E. WILLIAMS
                             Federal Defender


                             /s/ Rachelle Barbour
                             RACHELLE BARBOUR
                             Research and Writing Attorney
                             Attorney for Defendant

DATED: July 25, 2013         BENJAMIN WAGNER
                             United States Attorney


                             /s/ Rachelle Barbour for
                             MICHELE BECKWITH
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including August 29, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(reasonable time for counsel to prepare - Local Code T4). It is further ordered that the August 1, 2013 status conference shall be continued until August 29, 2013, at 9:30 a.m.

DATED: July 26, 2013

_____
Troy L. Nunley
United States District Judge

Stipulation and Order 3