1  HEATHER E. WILLIAMS, Bar#122664
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research & Writing Attorney
3  Office of the Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone (916) 498-5700
5
   Attorney for Defendant
6  DAVID MICHAEL WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-13-184-TLN |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND MOTION HEARING AND EXCLUDING TIME** |
| v. | ) | |
| DAVID MICHAEL WHITE, | ) | DATE: November 7, 2013 |
| Defendant. | ) | TIME: 9:30 a.m. |
| | ) | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Staff Attorney, attorney for Defendant, DAVID MICHAEL WHITE, that the status conference set for Thursday, August 29, 2013 be vacated and that a briefing schedule and a hearing date for a motion to dismiss be set. The parties request that the hearing date for the motion to dismiss be set for November 7, 2013 at 9:30 a.m., and that the briefing schedule be set as follows:

   Motion Due:  September 12, 2013

   Opposition to Motion Due:  October 3, 2013

Reply Due: October 17, 2013

The parties stipulate the time between today's date and the filing of the motion should be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4) and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial. The parties also stipulation that the time from the filing of the motion until it is heard must be excluded under 18 U.S.C. § 3161(h)(1)(d)[pendency of motion](Local Code E). Accordingly, speedy trial time is to be excluded from the date of this order through the date of the hearing set for November 7, 2013.

DATED: August 27, 2013         HEATHER E. WILLIAMS
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Research and Writing Attorney
Attorney for Defendant

DATED: _August 27, 2013        BENJAMIN WAGNER
United States Attorney

/s/ Rachelle Barbour for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Time is excluded to

provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested briefing schedule and continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of this order, up to and including November 7, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(reasonable time for counsel to prepare - Local Code T4). It is further ordered that the August 29, 2013 status conference be vacated, and a motion hearing be set for November 7, 2013 at 9:30 a.m.  The proposed briefing schedule is adopted.

DATED:   August 29, 2013

Troy L. Nunley
United States District Judge